**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Greenwich Retail Group LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3753058** | |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **349 Greenwich Street**<br>**New York, NY 10013**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Greenwich Retail Group LLC**                                   Case number (*if known*) _____

      Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>4581</u>

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. |
|---|---|---|

    District _____ When _____ Case number _____

    District _____ When _____ Case number _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No <br> ☐ Yes. |
|---|---|---|

Debtor    **Greenwich Retail Group LLC**                                   Case number *(if known)* _____
          Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Greenwich Retail Group LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  9, 2025**
                MM / DD / YYYY

**X** **/s/ Haro Keledjian**                              **Haro Keledjian**
Signature of authorized representative of debtor          Printed name

Title     **Managing Member**

**18. Signature of attorney**

**X** **/s/ Robert L. Rattet**                            Date     **June  9, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone     **212 557 7200**          Email address     **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Greenwich Retail Group LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2025**     x  /s/ Haro Keledjian
                                      Signature of individual signing on behalf of debtor

                                      **Haro Keledjian**
                                      Printed name

                                      **Managing Member**
                                      Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Greenwich Retail Group LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 117 Green LLC 119 Greenwich Ave., Ste. 201 Greenwich, CT 06830 | | Rent payable | Unliquidated | | | $760,000.00 |
| 414-416 West Broadway LLC 124 9th STreet Brooklyn, NY 11215 | | | | | | $120,000.00 |
| Capitlize Group LLC 99 Wall Street Suite 152 New York, NY 10005 | | MCA Loan | Unliquidated Disputed | | | $291,333.00 |
| Castagna Realty Co. 2110 Northern Blvd., Ste. 201 Manhasset, NY 11030 | | | | | | $65,182.00 |
| Hilldun Corporation 36 East 31st Street New York, NY 10016 | | | | | | $425,670.00 |
| Itria Ventures LLC One Penn Plaza Suite 4915 New York, NY 10019 | | MCA Loan | Unliquidated Disputed | | | $334,813.60 |
| Kliger Weiss Infosystem 201 Old Country Rd, Ste. 301 Melville, NY 11747 | | | | | | $200,000.00 |
| Lamark Media Group 5901 Broken Sound Pkwy NW, Ste. 450 Boca Raton, FL 33487 | | | | | | $105,000.00 |

| Debtor | **Greenwich Retail Group LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Madison Commercial Properties Inc. c/o Hoon Chang, Esq. 500 Park Avenue, 11th Floor New York, NY 10065** | | | **Unliquidated** | | | **$226,165.08** |
| **Moby Capital LLC 905 W Oltorf St. Austin, TX 78704** | | **MCA Loan** | **Unliquidated Disputed** | | | **$99,000.00** |
| **Newco Capital Group VI LLC 333 W. Commercial Street East Rochester, NY 14445** | | **MCA Loan** | **Unliquidated Disputed** | | | **$97,924.00** |
| **NYS Dept. of Taxation & Finance Attn: Office of Counsel, Bldg. 9 W.A. Harriman State Campus Albany, NY 12227** | | | | **$140,062.51** | **$0.00** | **$140,062.51** |
| **Pleasant St. Bridgewater LLC 1 N. Broadway, Ste 400 White Plains, NY 10601** | | **Rent Arrears** | **Unliquidated Disputed** | | | **$104,500.00** |
| **Rethinkit 131 Fifth Ave., Ste. 401 New York, NY 10003** | | | | | | **$69,024.00** |
| **Smart Business c/o Rickin Desai, Esq. 167 Madison Ave. Ste 205 New York, NY 10016** | | **MCA loan** | **Unliquidated Disputed** | | | **$295,448.00** |
| **Squre Advance 90 E Halsey Rd Parsippany, NJ 07054** | | **MCA loan** | **Unliquidated Disputed** | | | **$75,366.00** |
| **The Goldberg Group 1 North Broadway, Ste. 400 White Plains, NY 10601** | | | | | | **$104,500.00** |

Debtor   **Greenwich Retail Group LLC**
_____       Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Small Business Admin.** **2 North Street, Suite 320** **Birmingham, AL 35203** | | | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **Urban Associates LLC** **400 West 59th St., 3rd Fl.** **New York, NY 10019** | | | | | | **$101,624.00** |
| **West Lake 414–416 Broadway LLC** | | **Rent payable** | **Unliquidated** | | | **$120,000.00** |

# United States Bankruptcy Court
## Southern District of New York

In re  **Greenwich Retail Group LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Haro Keledjian** | | **50%** | **Membership** |
| **Sari Keledjian** | | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  9, 2025**

Signature  /s/ Haro Keledjian

**Haro Keledjian**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re    **Greenwich Retail Group LLC** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  9, 2025** _____          /s/ Haro Keledjian _____

                                                  **Haro Keledjian/Managing Member**
                                                  Signer/Title

119 Greenwich Ave., Ste. 201
Greenwich, CT 06830

7/F, Yau Tou Centre
45 Hoi Yuen Road
Kwon Tong, Kowloon
HONG KONG

46 Barnabas Road
Newtown, CT 06470

360 Sweater Company
6121 W. Sunset Blvd.
Los Angeles, CA 90028

Assouline Publishing Inc.
3 Park Avenue, 27th Fl.
New York, NY 10016

Brian W. Shaw, Esq.
Horing Welikson Et Al.
11 Hillside Ave.
Williston Park, NY 11596

414-416 West Broadway LLC
124 9th STreet
Brooklyn, NY 11215

ATP Atelier/Tomorrow Milano
Via Archimede, 26
20129 Milano
ITALY

Brooklyn Candle Studio
147 41st Street, Ste. BE
Brooklyn, NY 11232

57 Main Street LLC
Friedland Properties
500 Park Avenue, 11th Fl.
New York, NY 10022

Aurus Inc.
932 Washington Street
Norwood, MA 02062-3412

Brown Harris Stevens
770 Lexington Avenue
New York, NY 10065

Abrams Books
195 Broadway, #9
New York, NY 10007

Bayse/Marked Showroom
860 S. Los Angeles St., #412
Los Angeles, CA 90014

Brunch Holdings LLC
25 West 39th St., 3rd Fl.
New York, NY 10018

ABSM LLC
6700 N Andrews Ave
Suite 500
Fort Lauderdale, FL 33309

BBC Apparel Group, LLC
1407 Broadway, Ste. 507
New York, NY 10018

By Malene Birger
St. Kongensgade 77 1st
1264 Copenhagen
DENMARK

Absolute Comfort, Inc.
52 South Tyson Avenue
Floral Park, NY 11001

Birch Communications/
Fusion Cloud Services LLC
210 Interstate North Pkwy.
Atlanta, GA 30339

Capitlize Group LLC
99 Wall Street
Suite 152
New York, NY 10005

Almada Label
Pursimiehenkatu 29-31
00150 Helsinki
FINLAND

Boardies
P.B. 222 Pill Box
Coventry Road, London
UNITED KINGDOM

Capri Cleaners
9101 Shore Rd., Unit 317
Brooklyn, NY 11209

American Dreams
Porsvej 2 - 9000
Aalborg, DENMARK

Bond, Schoeneck & King, PLLC
600 Third Avenue, 22nd Fl.
New York, NY 10016-1915

Capvia LLC
65 West 95th St., Apt. 7C
New York, NY 10025

Araminta James/By Land & Sea
5007 Figueroa Street
Los Angeles, CA 90042

Boyish Jeans
Attn: Legal Dept.
4601 District Blvd.
Vernon, CA 90058

Castagna Realty Co.
2110 Northern Blvd., Ste 2
Manhasset, NY 11030

Central Consolidations LLC
22A Industrial Blvd., Ste. 2
Medford, NY 11763

499 7th Avenue, 17th Fl.
North Tower
New York, NY 10018

3117 Beverly Blvd.
Los Angeles, CA 90057

Central Park West/Milberg
1431 Broadway, 5th Fl.
New York, NY 10018

E. Warehouse Inc.
1011 N. Todd Ave.
Azusa, CA 91792

Ganfer Shore Leeds & ZauL
444 Madison Avenue, 6th F
New York, NY 10022

Chase Visa Ink
P.O. Box 6294
Carol Stream, IL 60197-6294

EMU Australia
153 N. Coast Hwy. 101, Ste. 103
Solana Beach, CA 92075

Ganni
58 White Street
New York, NY 10013

Clear Freight
1960 E. Grand Ave., Ste. 700
El Segundo, CA 90245

Eres
876 Centennial Avenue
Piscataway, NJ 08854

Gibbs Smith Books
Attn: Legal Dept.
1877 East Gentile Street
Layton, UT 84041

Clutch
124 South Maple St., Ste. 250
Ambler, PA 19002

Fabrizzio Construction Co. Inc.
545 Broadway
Amityville, NY 11701

Ground Express Transport
155 Nassau Avenue
Brooklyn, NY 11222

Compass 3 LLC
180 E. Prospect Ave.
Mamaroneck, NY 10543

Fancy Cube
218 Cumberland St., 1B
Brooklyn, NY 11206

Hachette Book Group
53 State Street
Boston, MA 02109

Cozen O'Connor
3 World Trade Center
 175 Greenwich St., 55th Fl.
New York, NY 10007

FInocchio Brothers
49 Liberty Place
Stamford, CT 06902

Hannayoo Works
428 Evergreen Ave. #2
Brooklyn, NY 11221

CT Natural Gas Corp.
Attn: Legal Dept.
76 Meadow St.
East Hartford, CT 06108

Fish Window Cleaning
4 Bulkley Avenue
Port Chester, NY 10573

Hanover Community Bank
2131 Jericho Tpke
New Hyde Park, NY 11040

Danger ESS Enterprises
692 Hart Street, Apt. 2
Brooklyn, NY 11221

Flowers by Zoe
290 Spagnoli Road
Melville, NY 11747

Hanover Community Bank
80 E Jericho Tpke
Mineola, NY 11501

Desert Queen
2 Migdal Street
Tel Aviv 6525101
ISRAEL

For All Seasons
2050 East 51st St.
Vernon, CA 90058

Haro Keledjian

Havaianas-news...  
513 Boccaccio Ave.  
Venice, CA 90291

Reed Smith...  
599 Lexington Ave.  
New York, NY 10022

422 Rue Saint Honore  
75008 Paris  
FRANCE

Hilldun Corporation  
36 East 31st Street  
New York, NY 10016

Janine Getler, Esq.  
2 Executive Blvd.  
Suite 410  
Suffern, NY 10901

La Ligne  
265 Canal St., Ste. 402  
New York, NY 10013

Houston Salem, Inc.  
217 East 157th St.  
Gardena, CA 90248

Jared P. Turman, Esq.  
Frank Frank Goldstein Et Al.  
330 West 38th Street Ste 701  
New York, NY 10018

Lamark Media Group  
5901 Broken Sound Pkwy NW  
Boca Raton, FL 33487

Hydro Flask  
One Helen of Troy Plaza  
El Paso, TX 79912

Jeanerica  
Tegnergatan 37A  
113 33 Stockholm  
SWEDEN

Leluxe  
2632 Wilshire Blvd., #318  
Santa Monica, CA 90403

Industrial Solutions of NY, In  
59-46 56th Road  
Maspeth, NY 11378

Jonathan S. Gitlin, Esq.  
One Penn PLaza  
Suite 4915  
New York, NY 10019

Lemonade Creative LLC  
569 Potten Mtn. Road  
Gilboa, NY 12076

Integrated Security Services LLC  
One Grand Central Place  
60 East 42nd Street  
New York, NY 10165

JCieJ NYC  
20B Lumber Road  
Roslyn, NY 11576

Les Coyotes/Jamari  
Herengracht 286  
1016 BX Amsterdam  
HOLLAND

Ipanema/Grendene USA  
230 NW 24th St., Ste. 401  
Miami, FL 33127

Kemshall McAndrew, Esq.  
Cuddy & Feder  
445 Hamilton Ave. 14th Floor  
White Plains, NY 10601

Life Fire Safety Corp.  
32-72 Steinway St., 2nd F  
Astoria, NY 11103

Itria Ventures LLC  
One Penn Plaza  
Suite 4915  
New York, NY 10019

Klein Law Group, P.A.  
4800 N. Federal Hwy., Ste. B-307  
Boca Raton, FL 33431

Lindorfer LP  
17 Harrison Street  
New York, NY 10013

Itzkowitz PLLC  
41 Flatbush Ave, Suite 1  
Brooklyn, NY 11217-1160

Kliger Weiss Infosystem  
201 Old Country Rd, Ste. 301  
Melville, NY 11747

Lingua Franca  
95 Jane Street  
New York, NY 10014

Jamaica Ash & Removal Co. Inc  
172 School Street  
P.O. Box 833  
Westbury, NY 11590

Krupp Public Relations Inc.  
37 W. 28th Street, 6th Floor  
New York, NY 10001

Loeffler Randall  
588 Broadway, Ste. 1203  
New York, NY 10012

Loyalist
Attn: Legal Dept. / Bankruptcy
441 Broadway, 2nd Fl.
New York, NY 10013

905 W Olympic Blvd.
Austin, TX 78704

719 S. Los Angeless St., S
Los Angeles, CA 90014

Madison Commercial Properties LLC
c/o Hoon Chang, Esq.
500 Park Avenue, 11th Floor
New York, NY 10065

MTC.US, Inc.
251 Little Falls Drive
Wilmington, DE 19808

Oz Moving & Storage
248 East 45th St., Ste. 1
New York, NY 10017

Majestic Filatures
4098 Ste-Catherine West, Ste. 400
Westmount
Quebec H3Z 1P2 00000
CANADA

Munster Kids
P.O. Box 2504
Taren Point
Sydney NSW 2229
AUSTRALIA

Peony
Unit 3, 37A Tallebudgera R
Burleigh Heads, QLD 4220
AUSTRALIA

Marella x Max Mara
555 Madison Ave., 10th Fl.
New York, NY 10022

Natalie Martin
8203 Melrose Avenue
Los Angeles, CA 90046

Perfect White Tee
950 S. Boyle Avenue
Los Angeles, CA 90023

Marisol Rodriguez
100 Fort Washington Ave., 1H
New York, NY 10032

National Book Network Inc.
15200 NBN Way
Blue Ridge Summit, PA 17214

Peter Rose, Esq.
291 Broadway, 13th Floor
New York, NY 10007

Mark Moskowitz Landscape
1 Stonewall Court
East Hampton, NY 11937

Need It Now Delivers
37-18 57th Street
Woodside, NY 11377

PIUME Studio
D12 Via Savona
97 20144 Milano
ITALY

Max Mara
555 Madison Ave., 10th Fl.
New York, NY 10022

Neil S. Levinbook, Esq.
140 Adams Avenue
Suite B-11
Hauppauge, NY 11788

Pleasant St. Bridgewater L
1 N. Broadway, Ste 400
White Plains, NY 10601

Metropolitan Communications
Attn: Legal Dept. / Bankruptcy
55 Water Street, 32nd Fl.
New York, NY 10041

Newco Capital Group VI LLC
333 W. Commercial Street
East Rochester, NY 14445

Pleasant Street Bridgewa L
c/o Itzkowitz PLLC
The Pioneer Building
41 Flatbush Avenue, Suite
Brooklyn, NY 11217-1160

Michael K. Johnson, Esq.
Piekarski Law PLLC
1 Whitehall St. 2nd Floor
New York, NY 10004

Noend Denim
4731 Fruitland Avenue
Los Angeles, CA 90058-2721

Polo Ralph Lauren
100 Metro Blvd.
Nutley, NJ 07110

Miss Behave
1110 S. Main St.
Los Angeles, CA 90015

NYS Dept. of Taxation & Finance
Attn: Office of Counsel, Bldg. 9
W.A. Harriman State Campus
Albany, NY 12227

Port Washington Window C
293 East Shore Rd., Ste. 2
Great Neck, NY 11023

Premium Silver new
121 Varick Street, 4th Fl.
New York, NY 10013

Office 3026
Liwa Heights, Cluster W
JLT Dubai, UAE
DUBAI 31303 AE

Air Mattress Center
14350 Myford Road
Irvine, CA 92606

Public Service Enterprise Group
Attn: Legal Dept. / Bankruptcy
80 Park Place
Newark, NJ 07102

Spa, New York Inc.
21-11 44th Ave., 3rd Fl.
Long Island City, NY 11101

Squre Advance
90 E Halsey Rd
Parsippany, NJ 07054

Quench USA Inc.
630 Allendale Rd., Ste. 200
King of Prussia, PA 19406

Sentinel Builders LLC
79 Madison Avenue
New York, NY 10016

St. Agni
4 Acacia Street
Byron Bay, NSW 24181
AUSTRALIA

ReDone
830 Traction Ave., 3rd Fl.
Los Angeles, CA 90013

Shalom B. LLC
950 S. Boyle Avenue
Los Angeles, CA 90023

Staples Business Advanta
Attn: Legal Dept. / Bankr
500 Staples Drive
Framingham, MA 01702

Retail Budget Pro, LLC
1636 Third Ave., Ste. 192
New York, NY 10128

Shanghai Hoper Garment
3rd Fl., Building 5
1153 Ton Pu Road
Shanghai, CHINA

Sun Of A Beach
25 Karneadou Street
10675 Athens
GREECE

Rethinkit
131 Fifth Ave., Ste. 401
New York, NY 10003

ShopperTrak RCT Corp.
Attn: Legal Dept. / Bankruptcy
233 South Wacker Dr., 41st Fl.
Chicago, IL 60606

Sunset Lover
24a Cambridge Terrace
Unley 5061, SA
AUSTRALIA

Robert Saxon, Esq.
Meyers Saxon & Cole
3620 Quentin Rd
Brooklyn, NY 11234

SIG CRE 2023 Venture LLC
349 Greenwich Street, Apt. 1
New York, NY 10013

Sunshine Tienda
1913 Post Road, Ste. 555
New Braunfels, TX 78130

Ronny Kobo
4050 Chesswood Drive
Toronto, ON M3J 2B9
CANADA

Smart Business
c/o Rickin Desai, Esq.
167 Madison Ave. Ste 205
New York, NY 10016

Suverant LLC
560 Sylan Ave., Ste. 3160
Englewood Cliffs, NJ 076

Sam Edelman - Caleres
Attn: Legal Dept. / Bankruptcy
1325 Avenue of the Americas
New York, NY 10019

South James Productions LLC
68 3rd Street, Unit 1
Brooklyn, NY 11231

The Goldberg Group
1 North Broadway, Ste. 40
White Plains, NY 10601

Santa Monica Public Works
Water Resources
2500 Michigan Ave., Bldg. A
Santa Monica, CA 90404

Spectrotel
433 West Van Buren, Ste. 405S
Chicago, IL 60607

The Zellman Group LLC
2200 Northern Blvd., Ste1
Greenvale, NY 11548

Via Archimede 26                    860 S. Los Angeles St., Ste. 533
20129 Milan                         Los Angeles, CA 90014
ITALY


Trading Ventures/ITV Peru    West Lake 414-416 Broadway LLC
JR CMDTE
Juan Fanning 297
URB La Vinita Barranco
Lima, PERU


Tucker & Latifi LLP          Wheatley Plaza Assocs
160 East 84th Street         2110 Northern Blvd
New York, NY 10028           Manhasset, NY 11030


TWB - Shanghai Hoper Garment WIS IVS LLC
3rd FLoor, Buildign 5        33 E 33rd Street #9
1153 Tong Pu Road            New York, NY 10014
Shanghai, China


U.S. Small Business Admin.   Zurich Insurance North America
2 North Street, Suite 320    Attn: Legal Dept.
Birmingham, AL 35203         1299 Zurich Way
                             Schaumburg, IL 60196-1056


Uline
Attn: Legal Dept.
12575 Uline Drive
Pleasant Prairie, WI 53158


Urban Associates LLC
400 West 59th St., 3rd Fl.
New York, NY 10019


Vacations LLC
89 Greenpoint Avenue
Brooklyn, NY 11222


Versatile Mechanical Services
Attn: Legal Dept.
181 Westchester Ave., Ste. 302
Port Chester, NY 10573


W.W. Norton & Company
Attn: Legal Dept. / Bankruptcy
500 Fifth Avenue
New York, NY 10110

# United States Bankruptcy Court
## Southern District of New York

In re    **Greenwich Retail Group LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Greenwich Retail Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  9, 2025**

Date

/s/ Robert L. Rattet

**Robert L. Rattet**

Signature of Attorney or Litigant

Counsel for   **Greenwich Retail Group LLC**

**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**
**rlr@dhclegal.com**

## United States Bankruptcy Court
### Southern District of New York

In re   **Greenwich Retail Group LLC** _____  Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Haro Keledjian**, declare under penalty of perjury that I am the Managing Member of **Greenwich Retail Group LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **3rd** day of June, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Haro Keledjian**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Haro Keledjian**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Haro Keledjian**, of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date   **June  3, 2025** _____   Signed   **/s/ Haro Keledjian** _____

                                                                                                    **Haro Keledjian**

Resolution of Board of Directors
of
**Greenwich Retail Group LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Haro Keledjian**,  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Haro Keledjian**,   of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Haro Keledjian**,  of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  **June  3, 2025** _____          Signed  **/s/ Haro Keledjian** _____

Date  _____          Signed  _____